[relates to Docket Item #8]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMON BUENO,<br><br>   Petitioner pro se,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Respondents, | Civil Action<br>No. 06-4639 (JBS)<br><br>**ORDER** |

  This matter is before the Court on the Motion of Respondents [Docket Item 8] to Dismiss the Petition.  For the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

  IT IS this **16th** day of **July, 2007** hereby

  ORDERED that the Motion to Dismiss shall be, and hereby is, denied; and

  IT IS FURTHER ORDERED that within twenty days of the entry of this Order, Ramon Bueno must show cause why this case should not be dismissed for failure to seek a certificate of citizenship, pursuant to 8 U.S.C. § 1452(a).


            **s/ Jerome B. Simandle**
            Jerome B. Simandle
            United States District Judge